FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 13 2011

JAMES N. HATTEN, Clerk
By: [signature]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

In re NCAA Student-Athlete Name
and Likeness Licensing Litigation

Civil Action No: 4:09-cv-01967-CW
*Pending in the United States District Court for the Northern District of California*

Misc. No: 1:11-MI-0129

## MOTION TO COMPEL

The Antitrust Plaintiffs, Ed O'Bannon, et al., on behalf of themselves and all others similarly situated, [hereinafter "Movants"] respectfully request that this Court enter an order compelling non-party TURNER BROADCASTING SYSTEM to produce all documents responsive to Plaintiffs' properly served subpoena *duces tecum*. The grounds for this motion are more fully set forth in Plaintiffs' Memorandum of Law in Support of Motion to Compel Production of Documents by Non-Party, the Turner Broadcasting System, and the Declaration of Daniel Herrera, filed contemporaneously herewith.

WHEREFORE, Movants request that the Court enter an order compelling the Turner Broadcasting System to produce all documents responsive to Plaintiffs' subpoena *duces tecum* within ten (10) days.

Respectfully submitted,   This 13th day of December 2011

*Kimberly Johnson*
DOFFERMYRE SHIELDS
CANFIELD & KNOWLES, LLC

Kenneth S. Canfield
Georgia Bar No. 10774
Kimberly J. Johnson
Georgia Bar No. 687678
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, Georgia 30309-3238
(404) 881-8900

*Attorneys for Plaintiffs*

Bryan L. Clobes
Ellen Meriwether
Daniel O. Herrera
CAFFERTY FAUCHER LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103
Tel: (215) 864-2800
Fax: (215) 864-2810
bclobes@caffertyfaucher.com

Jon T. King
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980

2

jking@hausfeldllp.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2011, I caused a true and correct copy of the Motion to Compel Production of Documents by Non-Party, Turner Broadcasting System, Plaintiffs' Supporting Memorandum of Law and the Declaration of Daniel Herrera to be served on Counsel for non-party Turner Broadcasting System, by First Class U.S. Mail and electronic mail at the following address:

>James A. Lamberth
>TROUTMAN SANDERS LLP
>Suite 5200, Bank of America Plaza
>600 Peachtree Street, N.E.
>Atlanta, GA 30308-2216
>James.lamberth@troutmansanders.com
>*Counsel to Turner Broadcasting System.*

*[signature]*
An Attorney for Plaintiffs