IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED O'BANNON, | No. MISC 12-80027 SI |
| Plaintiff, | ***SUA SPONTE* ORDER OF REFERRAL FOR RELATED CASE DETERMINATION** |
| v. | |
| TURNER BROADCASTING SYSTEM, INC., | |
| Defendant. | |

This case was transferred from the United States District Court of the Northern District of Georgia and opened as a miscellaneous action. *See* Docket Nos. 6 & 7. Pursuant to Civil Local Rule 3-12(c), the Court refers this case to Judge Wilken for a determination of whether it is related to *In re NCAA Student - Athlete Name & Likeness*, Case No. 09-1967 CW.

**IT IS SO ORDERED.**

Dated: February 10, 2012

SUSAN ILLSTON
United States District Judge