IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED O'BANNON, | No. M 12-80027 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| TURNER BROADCASTING SYSTEM INC., | |
| Defendant. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Cousins. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 2/28/2012

CLAUDIA WILKEN
United States District Judge

cc: cc:  MagRef; NC